IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VASQUEZ, | No. 2:10-cv-03254 MCE GGH P |
| Plaintiff, | |
| vs. | ORDER |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. / | |

On January 27, 2011, plaintiff filed a request for reconsideration of the magistrate judge's order filed January 3, 2011, dismissing plaintiff's complaint with leave to amend and denying his motion for a temporary restraining order enjoining defendants from providing him with medical care. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

1       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed January 3, 2011, is affirmed.
3     IT IS SO ORDERED.

Dated: March 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE