1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOE VASQUEZ,                              No. 2:10-cv-03254-MCE-GGH-P

12             Plaintiff,

13        vs.

14   ARNOLD SCHWARZENEGGER et al.,            ORDER

15             Defendants.

16   _____/

17        Petitioner, a state prisoner proceeding pro se, seeks to appeal this court's May 31, 2011

18   dismissal of his application for a writ of habeas corpus for failure to state a constitutional claim

19   at the screening stage and/or to timely amend his deficient petition.  Before petitioner can appeal

20   this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b

21        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has

22   made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The

23   court must either issue a certificate of appealability indicating which issues satisfy the required

24   showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

25   ///

26   ///

                                              1

1    For the reasons set forth in the magistrate judge's January 3, 2011 order, petitioner has

2  not made a substantial showing of the denial of a constitutional right.  Accordingly, a certificate

3  of appealability should not issue in this action.

4    IT IS SO ORDERED.

5  Dated:  July 19, 2011

6

7                                                MORRISON C. ENGLAND, JR.

8                                                UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26